Ex Parte Joe Allan Bounds 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-379-CR

EX PARTE JOE ALLAN BOUNDS

------------

FROM COUNTY COURT AT LAW NO. 1 OF WICHITA COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Relator Joe Allan Bounds appeals from the trial court’s order denying his motion for writ of error coram nobis.  The common law writ of coram nobis is not recognized in this state.
(footnote: 2)  We therefore affirm the trial court’s order.

LEE ANN DAUPHINOT

JUSTICE

PANEL B: LIVINGSTON, DAUPHINOT, and WALKER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 47.2
(b)

DELIVERED:  April 15, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4
.

2:
Ex Parte Massey
, 157 Tex. Crim. 491, 249 S.W.2d 599, 601 (Tex. Crim. App. 1952).